UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: § Case No. 05-59093
§
JAMES FRANK MURPHY §
§
§
Debtor(s) §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor(s) filed a petition under chapter 7 of the United States Bankruptcy Code on 10/15/2005. The undersigned trustee was appointed on 10/15/2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor(s) as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $15,716.46

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | $13.48 |
| Payments to creditors | $0.00 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Payments to the debtor(s) | $0.00 |
| Leaving a balance on hand of[1] | $15,702.98 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

      6. The deadline for filing claims in this case was 01/01/1900. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,212.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $2,212.50, for a total compensation of $2,212.50. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/03/2010            By:  /s/ Horace Fox, Jr.
                                         Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1     Exhibit A

| Case No.: | 05-59093 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MURPHY, JAMES FRANK | Date Filed (f) or Converted (c): | 10/15/2005 (f) |
| For the Period Ending: | 5/3/2010 | §341(a) Meeting Date: | 02/07/2006 |
| | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1   5858 N. Sheridan # 406 Chgo IL 60660, residence | $115,000.00 | $0.00 | DA | $0.00 | FA |
| 2   checking account LaSalle #0001279967 | $500.00 | $500.00 | DA | $0.00 | FA |
| **Asset Notes:** has wild card left to exempt | | | | | |
| 3   Household Goods | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| **Asset Notes:** .has wild card left to exempt | | | | | |
| 4   clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 5   2000 Toyota Camry. Debtor has additional wild card exemption available. | $5,700.00 | $2,500.00 | DA | $0.00 | FA |
| **Asset Notes:** Car has 100,000 miles | | | | | |
| 6   15% interest in probate estate/ (u) | $0.00 | $15,711.75 | DA | $15,711.75 | FA |
| **Asset Notes:** 15% interest in brother's probate estate worth in excess of 1 million dollars. Debtor provide fund sufficient to pay all creditors 100%, but did not turnover all of the proceeds from the probate estate. | | | | | |
| INT   Interest Earned (u) | Unknown | Unknown | | $4.71 | Unknown |

**TOTALS (Excluding unknown value)**          **Gross Value of Remaining Assets**

$122,700.00     $19,711.75     $15,716.46     $0.00

**Major Activities affecting case closing:**

Debtor, during bankruptcy, inherited 15% of deceased brother's estate. I have spoken with the administrator,, Jerry Adner and informed him of bankruptcy. I have asked Richard Lauter to represent me. Probate estate not settled yet. Checks have been cut. Adner did not pay bk estate. Find debtor and prosecute.

There are two claims 13601.59. Debtor's attorney has offered to pay those claims at 100% plus trustee fee. 9.21.09.

I received a check today sufficient to pay all claims and trustee fee, which was deposited today. Seek approval of settlement.9.22.09
Debtor, after receiving entire probate payout, paid trustee funds to pay 100% to all creditors. Prepare motion to approve.
Order approving settlement intered 1.7.10. Examine claims. Hire accountant.
Examine claims and tax liability.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| **Case No.:** | 05-59093 | | | **Trustee Name:** | Horace Fox, Jr. |
|---|---|---|---|---|---|
| **Case Name:** | MURPHY, JAMES FRANK | | | **Date Filed (f) or Converted (c):** | 10/15/2005 (f) |
| **For the Period Ending:** | 5/3/2010 | | | **§341(a) Meeting Date:** | 02/07/2006 |
| | | | | **Claims Bar Date:** | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**   12/31/2008         **Current Projected Date Of Final Report (TFR):**   12/31/2009

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-59093 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MURPHY, JAMES FRANK | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******6401 | | | Money Market Acct #: | ******9093 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/15/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/3/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/22/2009 | (6) | Chase | settlement of debtor's interest in brother's probate estate(100% to creditors) | 1129-000 | $15,711.75 | | $15,711.75 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.13 | | $15,711.88 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.67 | | $15,712.55 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.65 | | $15,713.20 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.67 | | $15,713.87 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.67 | | $15,714.54 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.60 | | $15,715.14 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.67 | | $15,715.81 |
| 04/28/2010 | 1 | International Sureties, LTD. | Bond Payment | 2300-000 | | $13.48 | $15,702.33 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.65 | | $15,702.98 |

|  |  |  | TOTALS: | | $15,716.46 | $13.48 | $15,702.98 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $15,716.46 | $13.48 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $15,716.46 | $13.48 | |

| For the period of 10/15/2005 to 5/3/2010 | | For the entire history of the account between 09/22/2009 to 5/3/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $15,716.46 | Total Compensable Receipts: | $15,716.46 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,716.46 | Total Comp/Non Comp Receipts: | $15,716.46 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $13.48 | Total Compensable Disbursements: | $13.48 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.48 | Total Comp/Non Comp Disbursements: | $13.48 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-59093 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MURPHY, JAMES FRANK | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******6401 | Money Market Acct #: | ******9093 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 10/15/2005 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 5/3/2010 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | $15,716.46 | $13.48 | $15,702.98 |

**For the period of 10/15/2005 to 5/3/2010**

| | |
|---|---|
| Total Compensable Receipts: | $15,716.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,716.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 10/15/2005 to 5/3/2010**

| | |
|---|---|
| Total Compensable Receipts: | $15,716.46 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,716.46 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.48 |
| Total Internal/Transfer Disbursements: | $0.00 |

HORACE FOX, JR.

# CLAIM ANALYSIS REPORT

| Case No.: | 05-59093 | | | Trustee Name: | Horace Fox, Jr. |
| Case Name: | MURPHY, JAMES FRANK | | | Date: | 5/3/2010 |
| Claims Bar Date: | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HORACE FOX, TRUSTEE  6 East Monroe #1004  Chicago IL 60603 | 11/14/2009 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,212.50 | $2,212.50 | $0.00 | $0.00 | $0.00 | $2,212.50 |
| 1 | CHASE BANK USA, N.A.  c/o Weinstein & Riley, P.S.  2101 4th Avenue, Suite 900  Seattle WA 98121 | 04/11/2006 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,842.47 | $4,842.47 | $0.00 | $0.00 | $0.00 | $4,842.47 |
| 2 | CITIBANK (SOUTH DAKOTA) NA  Citibank/CHOICE  Exception Payment Processing  PO Box 6305  The Lakes NV 889016305 | 06/27/2006 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $8,759.12 | $8,759.12 | $0.00 | $0.00 | $0.00 | $8,759.12 |

**Claim Notes:** Tardy unsecured to be paid

| | | | | | | | $15,814.09 | $15,814.09 | $0.00 | $0.00 | $0.00 | $15,814.09 |

**CLAIM ANALYSIS REPORT**

Page No: 2    Exhibit C

| | | | | |
|---|---|---|---|---|
| **Case No.** | 05-59093 | | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | MURPHY, JAMES FRANK | | **Date:** | 5/3/2010 |
| **Claims Bar Date:** | | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| General Unsecured 726(a)(2) | $4,842.47 | $4,842.47 | $0.00 | $0.00 | $0.00 | $4,842.47 |
| Tardy General Unsecured 726(a)(3) | $8,759.12 | $8,759.12 | $0.00 | $0.00 | $0.00 | $8,759.12 |
| Trustee Compensation | $2,212.50 | $2,212.50 | $0.00 | $0.00 | $0.00 | $2,212.50 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      05-59093
Case Name:     JAMES FRANK MURPHY
Trustee Name:  Horace Fox, Jr.

Claims of secured creditors will be paid as follows: NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, Horace Fox | $2,212.50 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,842.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---:|---|---:|---:|
| 1 | Chase Bank USA, N.A. | $4,842.47 | $4,842.47 |

Tardily filed claims of general (unsecured) creditors totaling $8,759.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 98.7%.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of | Proposed Amount |
|---|---|---|---|

|   |   | **Claim** |   |
|---|---|---:|---:|
| 2 | Citibank (South Dakota) NA | $8,759.12 | $8,648.01 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE


The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.