NITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 7 |
| ) | |
| MURPHY, JAMES FRANK ) | CASE NO. 05-59093 |
| ) | |
| Debtor(s). ) | Hon. CAROL A. DOYLE |

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At: U.S. Bankruptcy Court, 219 S. Dearbom, Room 742, Chicago, Illinois

   On: 7/15/2010         Time: 10:00

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   Receipts                              $15,716.46

   Disbursements                         $13.48

   Net Cash Available for Distribution   $15,702.98

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

7. Claims of general unsecured creditors totaling $13,601.59 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 99.18%.

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $4,842.47 | $4,842.47 |
| 2 | Citibank (South Dakota) NA | $8,759.12 | $8,648.01 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, www.ilnb.uscourts.gov. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

DATED: _____
For the Court,




By:_____


Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL 60604



Trustee:
HORACE FOX, JR.

Address:
6 East Monroe
Suite 1004
Chicago, IL 60603

Phone No.:
(312) 332-5642

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| In re: | § | Case No. 05-59093 |
|---|---|---|
| JAMES FRANK MURPHY | § § § § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $15,716.46 |
| *and approved disbursements of* | $13.48 |
| *leaving a balance on hand of[1]:* | $15,702.98 |

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, Horace Fox | $2,212.50 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

Timely claims of general (unsecured) creditors totaling $4,842.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | Chase Bank USA, N.A. | $4,842.47 | $4,842.47 |

Tardily filed claims of general (unsecured) creditors totaling $8,759.12 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 98.7%.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 2 | Citibank (South Dakota) NA | $8,759.12 | $8,648.01 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By: /s/ Horace Fox, Jr.
Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST-Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: choward              Page 1 of 1              Date Rcvd: Jun 07, 2010
Case: 05-59093                Form ID: pdf006            Total Noticed: 19

The following entities were noticed by first class mail on Jun 09, 2010.
db           +James Frank Murphy,    5858 North Sheridan Road,    Unit 406,    Chicago, IL 60660-4941
aty          +Gregg Szilagyi,    One South Wacker Drive,    Suite 800,    Chicago, IL 60606-4650
aty          +Joel A Schechter, ESQ,    Law Offices Of Joel Schechter,    53 W Jackson Blvd Ste 1522,
               Chicago, IL 60604-3761
aty          +Richard S Lauter,    Levenfeld Pearlstein LLC,    Two N LaSalle St,    Suite 1300,
               Chicago, IL 60602-3709
10328305      AMN AMRO Mortgage Group,    8201 Innovation Way,    Chicago, IL 60682-0082
10328306      AT & T Cardmember Services,    P.O. Box 44167,    Jacksonville, FL 32231-4167
10328307      AT & T Cardmember Services,    P.O. Box 44183,    Jacksonville, FL 32231-4183
10328308      AT & T Universal Card,    P.O. Box 688918,    Des Moines, IA 50368-8918
10328309      Bank of America,    P.O. Box 1758,    Newark, NJ 07101-1758
10328310      Bank of America,    P.O. Box 1390,    Norfolk, VA 23501-1390
10328311      Card Services,    P.O. Box 15049,    Wilmington, DE 19850-5049
10328313      Cardmember Service,    P.O. Box 15298,    Wilmington, DE 19850-5298
10328312      Cardmember Service,    P.O.Box 15153,    Wilmington, DE 19886-5153
10328314      Cardmember Service,    P.O. Box 15049,    Wilmington, DE 19850-5049
10688588     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10796037      Citibank (South Dakota) NA,    Citibank/CHOICE,    Exception Payment Processing,    PO Box 6305,
               The Lakes 88901-6305
10328315     +LaSalle Bank,    135 S. LaSalle St.,    Chicago, IL 60603-4489
10328316      Wells Fargo Financial,    860  Civic Center Drive,    Niles, IL 60714-3207
The following entities were noticed by electronic transmission on Jun 07, 2010.
tr           +E-mail/Text: HFOX@LEHMANFOX.COM                            Horace Fox, JR,    Lehman & Fox,
               6 E Monroe St,    Chicago, IL 60603-2704
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 09, 2010**                    **Signature:** *Joseph Speetjens*