UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: § Case No. 05-59093
§
JAMES FRANK MURPHY §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $122,700.00 | Assets Exempt: | $11,200.00 |
| Total Distributions to Claimants: | $13,492.10 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $2,225.98 | | |

3) Total gross receipts of $15,718.08 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $15,718.08 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $110,159.87 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $2,225.98 | $2,225.98 | $2,225.98 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $23,176.35 | $13,601.59 | $13,601.59 | $13,492.10 |
| **Total Disbursements** | $133,336.22 | $15,827.57 | $15,827.57 | $15,718.08 |

4). This case was originally filed under chapter 7 on 10/15/2005. The case was pending for 61 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/01/2010         By:   /s/ Horace Fox, Jr.
                                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 15% interest in probate estate/ | 1221-000 | $15,711.75 |
| Interest Earned | 1270-000 | $6.33 |
| **TOTAL GROSS RECEIPTS** | | $15,718.08 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AMN AMRO Mortgage Group | 4110-000 | $86,000.00 | NA | $0.00 | $0.00 |
| | LaSalle Bank | 4110-000 | $24,159.87 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $110,159.87 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, trustee, Trustee | 2100-000 | NA | $2,212.50 | $2,212.50 | $2,212.50 |
| International Sureties, LTD. | 2300-000 | NA | $13.48 | $13.48 | $13.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,225.98 | $2,225.98 | $2,225.98 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | $4,365.88 | $4,842.47 | $4,842.47 | $4,842.47 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Citibank (South Dakota) NA | 7200-000 | $8,725.77 | $8,759.12 | $8,759.12 | $8,649.63 |
| | Bank of America | 7100-000 | $8,789.70 | NA | NA | $0.00 |
| | Wells Fargo Financial | 7100-000 | $1,295.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $23,176.35 | $13,601.59 | $13,601.59 | $13,492.10 |

Case 05-59093    Doc 36    Filed 11/12/10    Entered 11/12/10 16:10:32    Desc Main
Document    Page 4 of 10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit 8

| Case No.: | 05-59093 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | MURPHY, JAMES FRANK | Date Filed (f) or Converted (c): | 10/15/2005 (f) |
| For the Period Ending: | 11/1/2010 | §341(a) Meeting Date: | 02/07/2006 |
| | | Claims Bar Date: | 06/26/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 5858 N. Sheridan # 406 Chgo IL 60660, residence | $115,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | checking account LaSalle #0001279967 | $500.00 | $500.00 | DA | $0.00 | FA |
| **Asset Notes:** | has wild card left to exempt | | | | | |
| 3 | Household Goods | $1,000.00 | $1,000.00 | DA | $0.00 | FA |
| **Asset Notes:** | .has wild card left to exempt | | | | | |
| 4 | clothing | $500.00 | $0.00 | DA | $0.00 | FA |
| 5 | 2000 Toyota Camry. Debtor has additional wild card exemption available. | $5,700.00 | $2,500.00 | DA | $0.00 | FA |
| **Asset Notes:** | Car has 100,000 miles | | | | | |
| 6 | 15% interest in probate estate/ (u) | $0.00 | $15,711.75 | DA | $15,711.75 | FA |
| **Asset Notes:** | 15% interest in brother's probate estate worth in excess of 1 million dollars. Debtor provide fund sufficient to pay all creditors 100%, but did not turnover all of the proceeds from the probate estate. | | | | | |
| INT | Interest Earned (u) | Unknown | Unknown | | $6.33 | FA |

**TOTALS (Excluding unknown value)**                            **Gross Value of Remaining Assets**

$122,700.00     $19,711.75     $15,718.08     $0.00

**Major Activities affecting case closing:**

Debtor, during bankruptcy, inherited 15% of deceased brother's estate. I have spoken with the administrator,, Jerry Adner and informed him of bankruptcy. I have asked Richard Lauter to represent me. Probate estate not settled yet. Checks have been cut. Adner did not pay bk estate. Find debtor and prosecute.

There are two claims 13601.59. Debtor's attorney has offered to pay those claims at 100% plus trustee fee. 9.21.09.

I received a check today sufficient to pay all claims and trustee fee, which was deposited today. Seek approval of settlement.9.22.09
Debtor, after receiving entire probate payout, paid trustee funds to pay 100% to all creditors. Prepare motion to approve.
Order approving settlement intered 1.7.10. Examine claims. Hire accountant.
Examine claims and tax liability.
TFR Submitted to the US trustee's office. Paper copy no email. (Mr.Gucwa's request)
6.4.10 filed final report with court set 7.15.10

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2       Exhibit 8

| **Case No.:** | 05-59093 | **Trustee Name:** | Horace Fox, Jr. |
| **Case Name:** | MURPHY, JAMES FRANK | **Date Filed (f) or Converted (c):** | 10/15/2005 (f) |
| **For the Period Ending:** | 11/1/2010 | **§341(a) Meeting Date:** | 02/07/2006 |
| | | **Claims Bar Date:** | 06/26/2006 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

6.14.10 Debtor filed ARDC complaint dated 6.10.10 answer by 6.24.10.  Final report filed in court 6.4.10 set for hearing 7.15.10.  Zero balance bank statement final account ready.

**Initial Projected Date Of Final Report (TFR):**   12/31/2008       **Current Projected Date Of Final Report (TFR):**   12/31/2009

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 05-59093 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MURPHY, JAMES FRANK | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******6401 | | | Checking Acct #: | ******9093 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/15/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/15/2010 | | Transfer From: # ******9093 | Transfer to Close Account | 9999-000 | $15,704.60 | | $15,704.60 |
| 07/15/2010 | 2 | Horace Fox, trustee | Trustee Compensation | 2100-000 | | $2,212.50 | $13,492.10 |
| 07/15/2010 | 3 | Chase Bank USA, N.A. | Final Claim #: 1; Dividend: 30.83; Amount Allowed: 4,842.47; | 7100-000 | | $4,842.47 | $8,649.63 |
| 07/15/2010 | 4 | Citibank (South Dakota) NA | Final Claim #: 2; Dividend: 55.07; Amount Allowed: 8,759.12; | 7200-000 | | $8,649.63 | $0.00 |
| | | | **TOTALS:** | | $15,704.60 | $15,704.60 | $0.00 |
| | | | Less: Bank transfers/CDs | | $15,704.60 | $0.00 | |
| | | | Subtotal | | $0.00 | $15,704.60 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $15,704.60 | |

**For the period of 10/15/2005 to 11/1/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,704.60 |
| | |
| Total Compensable Disbursements: | $15,704.60 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,704.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/15/2010 to 11/1/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $15,704.60 |
| | |
| Total Compensable Disbursements: | $15,704.60 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,704.60 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-59093 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | MURPHY, JAMES FRANK | | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******6401 | | | Money Market Acct #: | ******9093 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 10/15/2005 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2010 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/22/2009 | (6) | Chase | settlement of debtor's interest in brother's probate estate(100% to creditors) | 1129-000 | $15,711.75 | | $15,711.75 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.13 | | $15,711.88 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.67 | | $15,712.55 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.65 | | $15,713.20 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.67 | | $15,713.87 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.67 | | $15,714.54 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.60 | | $15,715.14 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.67 | | $15,715.81 |
| 04/28/2010 | 1 | International Sureties, LTD. | Bond Payment | 2300-000 | | $13.48 | $15,702.33 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.65 | | $15,702.98 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.67 | | $15,703.65 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.65 | | $15,704.30 |
| 07/15/2010 | (INT) | STERLING BANK | Account Closing Interest As Of 7/15/2010 | 1270-000 | $0.30 | | $15,704.60 |
| 07/15/2010 | | Transfer To: # ******9093 | Transfer to Close Account | 9999-000 | | $15,704.60 | $0.00 |

| | | | | **SUBTOTALS** | $15,718.08 | $15,718.08 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-59093 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MURPHY, JAMES FRANK | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******6401 | | Money Market Acct #: | ******9093 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/15/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | **TOTALS:** |  | $15,718.08 | $15,718.08 | $0.00 |
|  |  |  | Less: Bank transfers/CDs |  | $0.00 | $15,704.60 | |
|  |  |  | **Subtotal** |  | $15,718.08 | $13.48 | |
|  |  |  | Less: Payments to debtors |  | $0.00 | $0.00 | |
|  |  |  | **Net** |  | $15,718.08 | $13.48 | |

**For the period of 10/15/2005 to 11/1/2010**

| | |
|---|---|
| Total Compensable Receipts: | $15,718.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,718.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.48 |
| Total Internal/Transfer Disbursements: | $15,704.60 |

**For the entire history of the account between 09/22/2009 to 11/1/2010**

| | |
|---|---|
| Total Compensable Receipts: | $15,718.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,718.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $13.48 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $13.48 |
| Total Internal/Transfer Disbursements: | $15,704.60 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 05-59093 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | MURPHY, JAMES FRANK | | Bank Name: | STERLING BANK |
| Primary Taxpayer ID #: | ******6401 | | Money Market Acct #: | ******9093 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 10/15/2005 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/1/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $15,718.08 | $15,718.08 | $0.00 |

**For the period of 10/15/2005 to 11/1/2010**

| | |
|---|---|
| Total Compensable Receipts: | $15,718.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,718.08 |
| Total Internal/Transfer Receipts: | $15,704.60 |
| | |
| Total Compensable Disbursements: | $15,718.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,718.08 |
| Total Internal/Transfer Disbursements: | $15,704.60 |

**For the entire history of the case between 10/15/2005 to 11/1/2010**

| | |
|---|---|
| Total Compensable Receipts: | $15,718.08 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $15,718.08 |
| Total Internal/Transfer Receipts: | $15,704.60 |
| | |
| Total Compensable Disbursements: | $15,718.08 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15,718.08 |
| Total Internal/Transfer Disbursements: | $15,704.60 |